THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALLY NORVAL f/n/a SALLY HAUG,<br><br>        Plaintiff,<br><br>  v.<br><br>METROPOLITAN LIFE INSURANCE COMPANY D/B/A METLIFE a foreign corporation doing business in Washington, and MET LIFE, INC., a foreign corporation doing business in Washington,<br><br>        Defendants. | Case No. 2:17-cv-00704-JLR<br>        AND ORDER<br>**STIPULATED MOTION TO EXTEND INITIAL SCHEDULING DATES**<br><br>NOTE ON MOTION CALENDAR:<br>JUNE 14, 2017 |
| METROPOLITAN LIFE INSURANCE COMPANY D/B/A METLIFE a foreign corporation doing business in Washington,<br><br>  Interpleader Counterclaimant,<br><br>  v.<br><br>SALLY NORVAL f/k/a SALLY HAUG, an individual; and JANINE A. HAUG, an individual,<br><br>  Interpleader Counter-Defendants. | |

All Parties to this action, including Sally Norval f/k/a Sally Haug, Metropolitan Life Insurance Company d/b/a MetLife, and Janine Haug, jointly move to extend the initial scheduling dates set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 9), as follows:

STIPULATED MOTION TO EXTEND INITIAL SCHEDULING
DATES - 1
No. 2:17-cv-00704-JLR
105460.0077/6983762.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

1       &bull;   The deadline for serving Initial Disclosures shall be extended from June 21, 2017 to

2          July 10, 2017; and

3       &bull;   The deadline for filing the Combined Joint Status Report and Discovery shall be

4          extended from June 28, 2017 to July 17, 2017.

5    Counsel for the parties have conferred and agree that there is good cause to extend these deadlines

6    in view of their intention to attempt resolve this case without further court action.

7          STIPULATED AND RESPECTFULLY SUBMITTED this 14th day of June, 2017.

8                                        LANE POWELL PC

9

10                              By  *s/ Charles P. Rullman*
                                  Charles P. Rullman, WSBA No. 42733
                                  rullmanc@lanepowell.com

11                                   D. Michael Reilly, WSBA No. 14674
                                  reillym@lanepowell.com

12                                   Telephone: 206.223.7000
                                  Facsimile: 206.223.7107

13                              Attorneys for Defendants/Interpleader
                             Counterclaimant MetLife

14

15                              DETHLEFS SPARWASSER REICH
                             DICKERSON & KEY, PLLC

16

17                              By *s/ Jody K. Reich*
                                  Jody K. Reich, WSBA No. 29069

18                                   Athena M. Dickerson, WSBA No. 31846
                                  100 Second Avenue S, Suite 190

19                                   Edmonds, WA 98020-8440
                                  Telephone: (425) 776-1352

20                              Attorney for Plaintiff/Interpleader Counter-
                             Defendant Sally Norval

21

22                              STOKES LAWRENCE, P.S.

23

24                              By *s/ Karolyn Hicks*
                                  Karolyn Hicks, WSBA No. 30418

25                                   1420 Fifth Avenue, Suite 3000
                                  Seattle, WA 98101-2393

26                                   Telephone: (206) 626-6000
                             Attorney for Interpleader Counter-Defendant
                             Janine A. Haug

27

STIPULATED MOTION TO EXTEND INITIAL SCHEDULING
DATES - 2
No. 2:17-cv-00704-JLR

105460.0077/6983762.1

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000 FAX: 206.223.7107

## [PROPOSED] ORDER

Based upon the foregoing Joint Motion, IT IS HEREBY ORDERED that the initial scheduling dates set forth in the Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (Dkt. 9) shall be extended as follows:

- The deadline for serving Initial Disclosures shall be extended from June 21, 2017 to July 10, 2017; and

- The deadline for filing the Combined Joint Status Report and Discovery shall be extended from June 28, 2017 to July 17, 2017.

IT IS SO ORDERED this ___19th___ day of June, 2017.

JUDGE JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

LANE POWELL PC

By _s/ Charles P. Rullman_
   Charles P. Rullman, WSBA No. 42733
   rullmanc@lanepowell.com
   D. Michael Reilly, WSBA No. 14674
   reillym@lanepowell.com
   Telephone: 206.223.7000
Attorneys for Defendants/Interpleader
Counterclaimant MetLife

DETHLEFS SPARWASSER REICH
DICKERSON & KEY, PLLC

By _s/ Jody K. Reich_
   Jody K. Reich, WSBA No. 29069
   Athena M. Dickerson, WSBA No. 31846
   100 Second Avenue S, Suite 190
   Edmonds, WA 98020-8440
   Telephone: (425) 776-1352
Attorney for Plaintiff/Interpleader Counter-
Defendant Sally Norval

STIPULATED MOTION TO EXTEND INITIAL SCHEDULING
DATES - 3
No. 2:17-cv-00704-JLR
105460.0077/6983762.1

1

2   STOKES LAWRENCE, P.S.

3

4   By *s/ Karolyn Hicks*
     Karolyn Hicks, WSBA No. 30418
5        1420 Fifth Avenue, Suite 3000
     Seattle, WA 98101-2393
6        Telephone: (206) 626-6000
Attorney for Interpleader Counter-
7   Defendant Janine A. Haug

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION TO EXTEND INITIAL SCHEDULING
DATES - 4
No. 2:17-cv-00704-JLR

105460.0077/6983762.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA  98111-9402
206.223.7000  FAX: 206.223.7107

1

**CERTIFICATE OF SERVICE**

2

3       Pursuant to RCW 9A.72.085, the undersigned certifies under penalty of perjury under the

4   laws of the State of Washington, that on the 14th day of June, 2017, the document attached hereto

5   was presented to the Clerk of the Court for filing and uploading to the CM/ECF system.   In

6   accordance with their ECF registration agreement and the Court's rules, the Clerk of the Court

7   will send e-mail notification of such filing to the following persons:

8   Jody K. Reich, WSBA #29069
    Athena M. Dickerson, WSBA #31846
9   Dethlefs Sparwasser Reich Dickerson & Key, PLLC
10  100 Second Avenue S, Suite 190
    Edmonds, WA 98020-8440
11  Telephone: (425) 776-1352
    Facsimile: (425) 776-2467
12  E-mail: jody@detsparlaw.com
    E-mail: athena@detsparlaw.com
13  *Attorneys for Plaintiff/Interpleader Counter-Defendant Sally Norval*

14
    Karolyn Hicks, WSBA #30418
15  Stokes Lawrence, P.S.
    1420 Fifth Avenue, Suite 3000
16  Seattle, WA 98101-2393
    Telephone: (206) 626-6000
17  Facsimile: (206) 464-1496
    E-mail: kah@stokeslaw.com
18  *Attorneys for Interpleader Counter-Defendant Janine A. Haug*

19

20      Executed on the 14th day of June, 2017, at Seattle, Washington.

21

22                                              *s/ Danna Hutchings*
                                                Danna Hutchings, Legal Assistant
23

24

25

26

27

STIPULATED MOTION TO EXTEND INITIAL SCHEDULING
DATES - 5
No. 2:17-cv-00704-JLR

105460.0077/6983762.1

LANE POWELL PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107