UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALLY NORVAL,<br><br>                    Plaintiff,<br>      v.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY, et al.,<br><br>                    Defendants. | CASE NO. C17-0704JLR<br><br>ORDER DENYING<br>WITHDRAWAL OF COUNSEL |

Before the court is Karolyn Hicks's motion to withdraw as counsel for Interpleader Counter-Defendant Janine Haug. (Mot. (Dkt. # 19).) Because the motion does not comply with the requirements for attorney withdrawal set forth in Local Civil Rule 83.2(b), the court DENIES the motion to withdraw without prejudice.

If withdrawal would leave a party unrepresented, the motion for withdrawal "must include the party's address and telephone number." Local Rules W.D. Wash. LCR 83.2(b)(1). The instant motion fails to comply with this requirement, as Ms. Hicks's

ORDER - 1

withdrawal leaves Ms. Haug unrepresented but the motion does not contain Ms. Haug's telephone number. (*See generally* Mot.) The court therefore DENIES the motion to withdraw (Dkt. # 19) without prejudice to refiling the motion in the manner prescribed in Local Civil Rule 83.2(b).

Dated this 8th day of September, 2017.

JAMES L. ROBART
United States District Judge