UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SALLY NORVAL,<br><br>                   Plaintiff,<br>     v.<br><br>METROPOLITAN LIFE<br>INSURANCE COMPANY, et al.,<br><br>                   Defendants. | CASE NO. C17-0704JLR<br><br>ORDER GRANTING AMENDED MOTION TO WITHDRAW AS COUNSEL |

Before the court is Karolyn Hicks's amended motion to withdraw as counsel for Interpleader Counter-Defendant Janine Haug. (Am. Mot. (Dkt. # 23).) Local Civil Rule 83.2(b)(1) provides that unless there is a change of counsel within the same law firm, an attorney may withdraw from representation only by leave of court. Local Rules W.D. Wash. LCR 83.2(b)(1). "Leave shall be obtained by filing a motion or a stipulation and proposed order for withdrawal . . . ." *Id.* The court will ordinarily permit an attorney to withdraw until 60 days before the discovery cut-off. *Id.* A motion for withdrawal "shall

include a certification that the motion was served on the client and opposing counsel." *Id.* In addition, if the attorney's withdrawal will leave a party unrepresented, the motion must include that party's address and telephone number. *Id.*

Ms. Hicks and the firm Stokes Lawrence, P.S. move to withdraw as counsel of record for Ms. Haug. (*See* Am. Mot. at 1.) Because the amended motion complies with the requirements for attorney withdrawal set forth in Local Civil Rule 83.2(b), the court GRANTS the amended motion to withdraw (Dkt. # 23).

Dated this 8th day of September, 2017.

JAMES L. ROBART
United States District Judge